# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of January, two thousand sixteen.

_____

United States of America,

       Appellee,

v.

Dejvid Mirkovic, AKA Dave Mirkovic, AKA David Mirkovic, AKA Dejuid Mirkovic,

       Defendant,

Joseph Romano,

       Defendant - Appellant.

**ORDER**

Docket No: 14-1588

_____

Appellant, Joseph Romano, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*.  The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk

